1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TRENT L. ALEXANDER, SR.,      )      NO. CV 12-4949-JST(E)
                                    )
12                  Petitioner,     )
                                    )
13        v.                        )           JUDGMENT
                                    )
14   WARDEN,                        )
                                    )
15                  Respondent.     )
                                    )
16   _____)

17

18        Pursuant to the "Order Denying Request for Extension of Time,"

19   this action is dismissed without prejudice.

20

21        DATED: June 15, 2012.

22

23

24        _____
                 JOSEPHINE STATON TUCKER
25             UNITED STATES DISTRICT JUDGE

26

27

28